```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN CORBETT,

                Plaintiff,

- against -

CITY OF NEW YORK,

                Defendant.

**ORDER**

13 Civ. 602 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule will apply to Defendant's motion to dismiss:

    1. Defendant's motion is due on **February 27, 2013**.

    2. Plaintiff's opposition is due on **March 29, 2013**.

    3. Defendant's reply, if any, is due on **April 13, 2013**.

Dated: New York, New York
       February 13, 2012

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge